**Larry R. THOMPSON, Appellant**

v.

**MISSOURI LOCAL GOVERNMENT EMPLOYEES' RETIREMENT SYSTEM, Respondent.**

**WD 77582**

Missouri Court of Appeals, Western District.

ORDER FILED: January 13, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied March 3, 2015

Application for Transfer Denied April 28, 2015

Michael Moroni, Bloomfield, MO, Counsel for Appellant.

Robert Harding, Jefferson City, MO, Counsel for Respondent.

Before Division One: Thomas H. Newton, P.J., Lisa White Hardwick, and Anthony Rex Gabbert, JJ.

### ORDER

Per Curiam:

Mr. Larry R. Thompson appeals the decision of the Local Government Employees' Retirement System Board of Trustees denying a claim for duty disability retirement benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).